IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   17-cv-02273-WYD-MEH

VENICE PI, LLC.,
a California limited liability company,

    Plaintiff,

v.

JOHN DOE 1;
JOHN DOE 2;
JOHN DOE 3;
JOHN DOE 4;
JOHN DOE 5;
JOHN DOE 6,

    Defendants.

## ORDER OF DISMISSAL

In accordance with Plaintiff's Voluntary Dismissal of Case Without Prejudice filed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) on January 19, 2018 (ECF No. 22), it is

ORDERED that the Defendants and this case are **DISMISSED WITHOUT PREJUDICE**.

Dated:  January 23, 2018.

                BY THE COURT:

                *s/ Wiley Y. Daniel*
                WILEY Y. DANIEL,
                SENIOR UNITED STATES DISTRICT JUDGE